UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES BRETT THOMAS | § | |
| | § | |
| VS. | § | CASE NO. 2:13-CV-00802 |
| | § | (Jury) |
| STEVEN ELVEY JOHNSON, and | § | |
| WERNER ENTERPRISES, INC. | § | |

## MOTION TO SUBSTITUTE PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Sherri Thomas, Representative of the Estate of James Brett Thomas, and files this Motion to Substitute Representative as Party pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show unto the Court as follows:

1. James Brett Thomas, the original plaintiff, died intestate on December 17, 2013.

2. The claim in this proceeding was not extinguished by the original plaintiff's death.

3. James Brett Thomas was survived by his widow and five (5) children. All five (5) children are the children of James Brett Thomas and Sherri Thomas. Four (4) of the children are minors.

4. Movant, Sherri Thomas, is the widow of the original plaintiff. Movant is qualified, pursuant to Texas Estate Code § 304.001 and § 304.003, to serve as administrator of James Brett Thomas' estate. No formal administration has been opened for the Estate of James Brett Thomas. Neither is a formal administration pending nor necessary.

5. Furthermore, Movant wishes to inform the Court that she is seeking more evidence with regard to James Brett Thomas' death. In particular, Movant is awaiting the results of the autopsy performed on James Brett Thomas to determine whether his death was caused by the accident made

the basis of this suit.  Movant has repeatedly contacted the medical examiner in an attempt to obtain the autopsy report and has been repeatedly advised that the report has not been finalized. Upon receiving the autopsy results, additional plaintiffs may need to be joined to this suit.

WHEREFORE, PREMISES CONSIDERED, Sherri Thomas, Representative of the Estate of James Brett Thomas prays that this motion be granted in all things and that this proceeding hereafter be captioned "Sherri Thomas, Representative of the Estate of James Brett Thomas, Plaintiff, v. Steven Elvey Johnson and Werner Enterprises, Inc., Defendants," and such other an further relief with she may show herself to be justly entitled.

Respectfully submitted,

BOYD & BROWN, P.C.

By:     /s/                                         
PAUL M. BOYD
State Bar No. 02775700
ALEYNA C. DERRICK
State Bar No. 24080855
1215 Pruitt Place
Tyler, Texas  75703
903/526-9000
903/526-9001 (fax)

ATTORNEY FOR SHERRI THOMAS, REPRESENTATIVE OF THE ESTATE OF JAMES BRETT THOMAS, AND PLAINTIFF

CERTIFICATE OF CONFERENCE

I hereby certify that I contacted defense counsel with regard to this motion. No response has been received.

/s/
PAUL M. BOYD

CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of March, 2014, a true and correct copy of the above and foregoing instrument was forwarded via electronic means to:

Mr. Michael P. Sharp
Mr. John C. Lindsey
FEE, SMITH, SHARP & VITULLO, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
msharp@feesmith.com
[ATTORNEY FOR DEFENDANTS STEVEN ELVEY JOHNSON AND WERNER ENTERPRISES, INC.]

/s/
PAUL M. BOYD